UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-8055-BER

IN RE:

SEALED CRIMINAL COMPLAINT
_____/

FILED BY ___TM___ D.C.
Feb 15, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, respectfully requests that the Criminal Complaint, Affidavit and supporting documentation, with the exception of a copy of the Arrest Warrant to be provided to the U.S. Marshal's Service and law enforcement agent whose name is noted on the Arrest Warrant, relative to the above-captioned matter, be SEALED until the arrest of the defendant or until further order of this Court. The defendant is the target of an on-going investigation and early release of the Criminal Complaint and related documents would compromise the investigation and could lead those involved in the crime to elude law enforcement.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   s/Mark Dispoto
      Mark Dispoto
      Assistant United States Attorney
      Court ID No. A5501143
      500 S. Australian Avenue,
      West Palm Beach, FL 33401
      (561) 209-1032 Office
      Mark.Dispoto@usdoj.gov