# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-8055-mj-BER

IN RE:

**SEALED CRIMINAL COMPLAINT**

_____/

## MOTION TO UNSEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the criminal complaint, arrest warrant and supporting documentation, the government's motion to seal and any resulting order be UNSEALED.

## INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO UNSEAL

1. On February 15, 2021, Your Honor signed an arrest warrant and criminal complaint charging Suzanne Kaye with making an threatening communication, in violation of Title 18, United States Code, Section 875(c). On that same date, the Government moved to seal the complaint, arrest warrant, and other documents associated with the complaint. The Government requested that the aforementioned documents be sealed until the arrest of the defendant. Your Honor granted the Motion to Seal and ordered that the criminal complaint, arrest warrant, and other documents associated with the complaint, the government's motion to seal and the order to seal "shall be filed under seal until the arrest of the defendant or until further order of this court…"

4. On February 17, 2021, law enforcement officers arrested defendant Suzanne Kaye. Accordingly, pursuant to Your Honor's sealing order, the Government respectfully requests that

1

the criminal complaint, arrest warrant and supporting documentation, motion to seal, and sealing order be unsealed.

                                        Respectfully submitted,

                                        ARIANA FAJARDO ORSHAN
                                        UNITED STATES ATTORNEY

By:   *Mark Dispoto*
                                        MARK DISPOTO
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Court ID No. A5501143
                                        99 N.E. 4th Street, 7th Floor
                                        Miami, Florida 33132-2111
                                        Tel: (305) 961-9136
                                        Fax: (305) 536-7213