UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **21-8055-mj-BER**

**UNITED STATES OF AMERICA,**

v.

**SUZANNE KAYE,**

    **Defendant.**
_____/

## GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT/PRELIMINARY HEARING

The United States, by and through the undersigned Assistant United States Attorney, files this Unopposed Motion to Continue Arraignment/Preliminary Hearing. In support of this motion, the government states the following:

1. On February 17, 2021, defendant Kaye appeared before Your Honor for an initial appearance in this matter. Your Honor scheduled a detention hearing for February 24, 2021, and her arraignment/preliminary hearing for March 3, 2021 [DE 5].

2. On February 22, 2021, defendant appeared before Your Honor for a detention hearing which was moved up at the request of the parties. At the hearing, Your Honor issued a $50,000 personal surety bond with conditions. Defendant Kay was released from custody thereafter.

3. The Federal Rules of Criminal Procedure require that the preliminary hearing must be held within a reasonable time, but no later than 14 days after the initial appearance if the defendant is in custody and 21 days if the defendant is not in custody. Fed. R. Crim. P. 5.1(c). The magistrate judge may extend the time limits in Rule 5.1(c) one or more times with the

defendant's consent and upon a showing of good cause. Fed. R. Crim. Pro. 5.1(d).  Because the defendant is no longer in custody, the 21-day requirement for the preliminary hearing expires on March 10, 2021.

4. Undersigned counsel for the United States respectfully requests a two-week extension of time to hold the preliminary hearing/arraignment after the March 10, 2021 date. Due to the global COVID-19 pandemic, the grand jury sitting in the Southern District of Florida is currently meeting on an abbreviated schedule.  With the large backlog of cases pending presentation to the Grand Jury, additional time is needed by the undersigned to ensure that this matter will be presented to the Grand Jury prior to the scheduled arraignment/preliminary hearing.

5. Undersigned counsel has spoken to defense counsel who indicated she does not object to this request.

WHEREFORE, the government requests that this Motion to Continue be granted and the arraignment/preliminary hearing be rescheduled for Wednesday, March 31, 2021.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   /s Mark Dispoto
MARK DISPOTO
Assistant United States Attorney
Court ID No. A5501143
500 S. Australian Avenue
West Palm Beach, Florida 33401
Tel: (561) 209-1032
Mark.Dispoto@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 26th day of February, 2021, I electronically filed the foregoing Motion to Continue using the CM/ECF system.

/s Mark Dispoto
MARK DISPOTO
Assistant United States Attorney